| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**AWI Delaware, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **51-0413683** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**Attn: Douglas A. Booth, CRO**<br>**Route 422, P.O. Box 67**<br>**Robesonia, PA**<br>ZIP CODE **19551** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Berks County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11\
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0- to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

1639232.1 09/08/2014

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**AWI Delaware, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**See Attached Form 1** | Case Number: | Date Filed: |
| District:<br>**Delaware** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>AWI Delaware, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**Mark Minuti (No. 2659)**
Printed Name of Attorney for Debtor(s)
**Saul Ewing LLP**
Firm Name
**222 Delaware Avenue, Suite 1200**
**Wilmington, Delaware 19899**
Address
**302-421-6800**
Telephone Number
**September 7, 2014**
Date

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *David Lieb*
Signature of Authorized Individual
**David M. Lieb**
Printed Name of Authorized Individual
**Secretary**
Title of Authorized Individual

**September 7, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form of each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

In re    **AWI Delaware, Inc.**                                    Case No. _____

_____,
                     Debtor

# FORM 1. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed</u> |
|---|---|---|
| **Associated Wholesalers, Inc.**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |
| **Nell's, Inc.**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |
| **Co-Op Agency Inc.**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |
| **Associated Logistics, Inc.**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |
| **White Rose Inc.**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |
| **Rose Trucking Corp.**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |
| **W.R. Service Corp.**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |
| **W.R. Service II Corp.**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |
| **W.R. Service V Corporation**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |
| **White Rose Puerto Rico, LLC**<br>**District of Delaware** | **Affiliate** | September 9, 2014 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AWI Delaware, Inc.,[1] | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Associated Wholesalers, Inc., | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Nell's Inc., | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Co-Op Agency Inc., | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Associated Logistics, Inc., | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| White Rose Inc., | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: AWI Delaware, Inc. (3683); Associated Wholesalers, Inc. (7857); Nell's, Inc. (1195); Co-Op Agency Inc. (4081); Associated Logistics, Inc. (1506); White Rose Inc. (1833); Rose Trucking Corp. (2630); WR Service Corp. (5698); WR Service II Corp. (9444); WR Service V Corp. (4224); and White Rose Puerto Rico, LLC (4914). The Debtors' address  is Associated Wholesalers, Inc. c/o Douglas A. Booth, Route 422, P.O. Box 67, Robesonia, PA 19551.

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Rose Trucking Corp., | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WR Service Corp., | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WR Service II Corp., | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WR Service V Corp., | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| White Rose Puerto Rico, LLC, | ) | Case No. 14- |
| | ) | |
| Debtor. | ) | Joint Administration Requested |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a consolidated list of creditors holding the 30 largest unsecured claims against the above-captioned debtors and debtors in possession (collectively, the "Debtors") that have simultaneously commenced chapter 11 cases in this Court. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors. The list reflects amounts from the Debtors' books and records as of September 7, 2014.

The list is prepared in accordance with Fed. R. Bank. P. 1007(d) for filing in the Debtors' chapter 11 cases. This list does not include (1) persons who come within the definitions of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor. Moreover, nothing herein shall affect any Debtors' right to challenge the amount or characterization of any claim at a later date.

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| WESTERN FAMILY FOODS INC. PO Box 4057 Portland, OR 97208-4057 Phone: 503-639-6300 Fax:     503-684-3469 | Trade Debt | | $4,545,797.05 |
| TYSON FRESH MEATS 800 Stevens Port Drive Dakota Dunes, SD 57049-8701 Attn: Susan Nelson/Collections Product Claims | Trade Debt | | $2,907,877.63 |
| KELLOGG SALES COMPANY 22658 Network Place Chicago, IL 60673-1226 Phone: 269-961-2000 Fax:     269-961-9047 | Trade Debt | | $2,697,840.23 |
| GENERAL MILLS SALES INC. 201 General Mills Blvd. Minneapolis, MN 55426 ATTN: Retail Trade Phone: 763-545-1593 Fax:     763-764-8330 | Trade Debt | Disputed | $2,440,666.36 |
| CONAGRA FOODS PACKAGED FOODS COMPANY 7350 World Communication Drive Omaha, NE 68122 ATTN: Misty Dittberner Phone: 402-240-2852 Fax:     402-930-3430 | Trade Debt | Disputed | $2,253,094.51 |
| RENAISSANCE TRADING INC. PO Box 811210 Boca Raton, FL 33481-1210 Phone: 201-440-2283 Fax:     212-209-7162 | Trade Debt | | $2,207,301.40 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| J M SMUCKER COMPANY<br>39198 Treasury Center<br>Chicago, IL 60694-9100<br>Phone: 888-550-9555<br>Fax:     330-684-6410 | Trade Debt | Disputed | $1,699,679.52 |
| NESTLE USA<br>555 Nestle Way<br>Breiningsville, PA 18031<br>ATTN. Karen Divietro<br>Phone: 610-391-7900<br>Fax:     610-481-9720 | Trade Debt | Disputed | $1,606,384.25 |
| KRAFT FOODS GROUP INC.<br>6 Lennon Lane<br>New Freedom, PA 17349<br>Phone: 800-421-1001<br>Fax:     717-227-9831 | Trade Debt | Disputed | $1,543,846.15 |
| NESTLE WATERS NORTH AMERICA INC.<br>1322 Crestside Drive, Suite 100<br>Coppell, TX 75019<br>Phone: 888-747-7437<br>Fax:     203-863-0215 | Trade Debt | Disputed | $1,428,214.99 |
| TURKEY HILL LP dba TURKEY HILL DAIRY<br>2601 River Road<br>Conestoga, PA 17516<br>ATTN Judy Rhodes<br>Phone: 717-871-2500<br>Fax:     717-872-4130 | Trade Debt | | $1,291,454.34 |
| CLEMENS FOOD GROUP LLC<br>2700 Clemens Road<br>PO Box 902<br>Hatfield, PA 19440-0902<br>Phone: 215-368-2500<br>Fax:     215-362-1750 | Trade Debt | | $1,195,257.17 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| DANNON COMPANY-PA<br>100 Hillside Road, Third Floor<br>White Plains, NY 10603-2863<br>Phone: 914-872-8400<br>Fax:    914-366-2805 | Trade Debt | | $1,075,518.31 |
| MEAD JOHNSON NUTRITIONALS<br>2400 West Lloyd Expressway<br>Evansville, IN 47721<br>Phone: 812-429-5000<br>Fax:    812-429-8994 | Trade Debt | | $1,005,223.08 |
| SEABOARD FOODS LLC<br>9000 W 67th Street, Suite 200<br>Shawnee Mission, KS 66202<br>Phone: 913-722-2769<br>Fax:    913-261-2688 | Trade Debt | | $712,309.55 |
| MCKESSON CORPORATION<br>PO Box 848442<br>Dallas, TX 75284-8442<br>Phone: 860-721-0800<br>Fax:    860-721-1092 | Trade Debt | | $648,512.89 |
| CHOBANI INC.<br>147 State Highway 320<br>Norwich, NY 13815<br>Phone: 607-337-1246<br>Fax:    607-337-1240 | Trade Debt | | $590,600.81 |
| BIMBO BAKERIES USA<br>255 Business Center Drive<br>Horsham, PA 19044<br>Phone: 800-984-0989<br>Fax:    866-827-8140 | Trade Debt | | $584,619.43 |
| ABBOTT NUTRITION<br>Dept. 106631<br>625 Cleveland Avenue<br>Columbus, OH 43215<br>Phone: 614-624-7623<br>Fax:    614-624-6113 | Trade Debt | | $568,936.70 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| NESTLE PURINA PETCARE COMPANY<br>PO Box 502430<br>St. Louis, MO 63150-2430<br>Phone: 314-982-1000<br>Fax: 314-982-2168 | Trade Debt | Disputed | $543,946.92 |
| MILLER TRUCK LEASING<br>1824 RT 38<br>Lumberton, NJ 08048<br>Phone: 609-265-2990<br>Fax: 609-265-2513 | Trade Debt | | $530,564.00 |
| SANDERSON FARMS INC.<br>127 Flynt Road<br>Laurel, MS 39443<br>Phone: 601-649-4030<br>Fax: 601-426-1461 | Trade Debt | | $501,582.93 |
| KIMBERLY-CLARK GLOBAL SALES LLC<br>Po Box 88125<br>Chicago, IL 60695-0002<br>Phone: 414-721-2000<br>Fax: 414-721-5813 | Trade Debt | | $498,464.43 |
| FAGE USA DAIRY INDUSTRY, INC.<br>1 Opportunity Drive<br>Johnstown, NY 12095<br>Phone: 866-962-5912<br>Fax: 518-762-5918 | Trade Debt | | $469,616.41 |
| JBS PACKERLAND INC.<br>PO Box 23000<br>Green Bay, WI 54305-3000<br>Phone: 920-468-4000<br>Fax: 920-468-7140 | Trade Debt | | $465,889.19 |

| Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|
| BUNZL YORK INC.<br>Corporate Office<br>One City Place Drive, Suite 200<br>Saint Louis, MO 63141<br>Phone: 314-997-5959<br>Fax:    314-997-1405 | Trade Debt | | $464,052.52 |
| H P HOOD LLC<br>6 Kimball Lane<br>Lynnfield, MA 01940<br>Phone: 617-887-3000<br>Fax:    617-887-8484 | Trade Debt | | $446,921.59 |
| PEPSI BOTTLING GROUP<br>1 Pepsi Way<br>Somers, NY 10589-2201<br>Phone: 914-767-6000<br>Fax:    914-767-1460 | Trade Debt | | $414,688.05 |
| FRESH EXPRESS INCORPORATED<br>PO Box 202729<br>Dallas, TX 75320-2729<br>Phone:<br>Fax: | Trade Debt | | $389,159.45 |
| GREAT LAKES CHEESE CO INC.<br>17825 Great Lakes Parkway<br>Hiram, OH 44234-1806<br>Phone: 440-834-2500<br>Fax:    440-834-1002 | Trade Debt | | $380,619.24 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF
CORPORATION CONCERNING CONSOLIDATED LIST OF CREDITORS
HOLDING 30 LARGEST UNSECURED CLAIMS**

       Pursuant to 28 U.S.C. § 1746, I, David M. Lieb, Secretary of AWI Delaware, Inc., declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information, and belief.

Dated: September 7, 2014

*David Lieb*
_____
David M. Lieb
Secretary
AWI Delaware, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AWI Delaware, Inc., | ) | Case No. 14- (____) |
| | ) | |
| Debtor. | ) | Joint administration requested |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of the above captioned Debtor's equity security holders which is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3) for filing in this chapter 11 case:

| Name and address or place of business of Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| Associated Wholesalers, Inc.<br>Route 422, P.O. Box 67<br>Robesonia, PA 19551 | Units | 100% |

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF CORPORATION

I, David M. Lieb, Secretary of AWI Delaware, Inc., declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: September 7, 2014

David M. Lieb
Secretary
AWI Delaware, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AWI Delaware, Inc., | ) | Case No. 14- (____) |
| | ) | |
| Debtor. | ) | Joint administration requested |
| | ) | |

## STATEMENT OF CORPORATE OWNERSHIP

The following is the list of all corporations that own 10% or more of any class of the above captioned Debtor's equity interests. The list is prepared in accordance with Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1(a) for filing in this chapter 11 case.

| Owner Name | % of Units Owned |
|---|---|
| Associated Wholesalers, Inc. | 100% |

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF CORPORATION

I, David M. Lieb, Secretary of AWI Delaware, Inc., declare under penalty of perjury that I have read the foregoing Statement of Corporate Ownership and that it is true and correct to the best of my information and belief.

Dated: September 7, 2014

_David Lieb_
David M. Lieb
Secretary
AWI Delaware, Inc.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF
## CORPORATION CONCERNING THE CREDITOR MATRIX

Pursuant to 28 U.S.C. § 1746, I, David M. Lieb, Secretary of AWI Delaware, Inc., declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my knowledge, information, and belief.

Dated: September 7, 2014

David M. Lieb
Secretary
AWI Delaware, Inc.

**AWI DELAWARE, INC.**
**NELL'S, INC.**
**ASSOCIATED LOGISTICS, INC.**
**CO-OP AGENCY INC.**

---

**JOINT WRITTEN CONSENT**
**OF THE SOLE STOCKHOLDER AND BOARD OF DIRECTORS**

---

Taken as of September 8, 2014

The undersigned, being the sole stockholder (the "Stockholder") and all of the members of the Board of Directors (the "Directors") of AWI Delaware, Inc., a Delaware corporation ("AWI"), and Nell's, Inc. ("Nell's"), Associated Logistics, Inc. ("Logistics") and Co-Op Agency Inc. ("Co-Op"), each a Pennsylvania corporation (AWI, Nell's, Logistics and Co-Op being hereinafter collectively referred to as the "Corporations"), hereby adopt and give their consent to the following resolutions as though taken at a duly constituted meeting, and direct the Secretary of each of the Corporations to file this written consent with the minutes of such Corporation:

WHEREAS, in the judgment of the Shareholder and Directors, it is desirable and in the best interests of the Corporations, their creditors and other interested parties that the Corporations enter into an Asset Purchase Agreement (the "Sale Agreement") with C&S Wholesale Grocers, Inc. ("C&S"), pursuant to which the Corporations agree to sell substantially all of their assets to C&S, and C&S will agree to assume certain liabilities of the Corporations, subject to the higher and better offers of any competing bidder, if any (each, a "Competing Bidder");

WHEREAS, the Corporations and C&S desire that the sale of the Corporations' assets (the "Sale") be accomplished pursuant to Sections 363 and 365 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, the Shareholder and Directors have determined that it is desirable and in the best interests of the Corporations, their creditors and other interested parties that a petition be filed by the Corporations in the name and on behalf of the Corporations in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of the Bankruptcy Code; and

WHEREAS, pending the consummation of the Sale, the Corporations expect to continue to operate their businesses and manage their respective properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code and orders of the Bankruptcy Court;

NOW, THEREFORE, BE, AND IT IS HEREBY,

RESOLVED, that the Corporations be, and each of them hereby is, authorized, empowered and directed to enter into and perform the Sale Agreement and all related documents, instruments or other undertakings needed to accomplish the sale of substantially all of the assets of the Corporations to C&S or a Competing Bidder, as applicable; and it is

FURTHER RESOLVED, that the form of Sale Agreement be, and hereby is, approved in substantially the form presented to the Shareholder and Directors for their review;

FURTHER RESOLVED, that the officers of each of the Corporations, together with any other person or persons hereafter designated by the Shareholders or Directors (each individually an "Authorized Officer," and individually and collectively the "Authorized Officers") be, and each of them hereby is, authorized and empowered to negotiate, execute, deliver and perform, for and on behalf of the Corporations, the Sale Agreement, together with any changes to the Sale Agreement and/or any asset purchase agreements with any Competing Bidder as such Authorized Offers deem necessary, proper or desirable to accomplish a Sale, and take any all actions as may be deemed necessary by any one of more of the Authorized Officers to carry out such purpose; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed, on behalf of the Corporations, to execute and verify a petition in the name and on behalf of the Corporations under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Corporations shall determine; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed to execute and/or file, or cause to be executed

and/or filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including but not limited to all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith to employ and retain all assistance by legal counsel, accountants and/or other professionals and to take any and all other actions, that they or any of them deem necessary, proper or desirable in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED, that the law firm of Saul Ewing LLP, with offices at, among other places, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19899 be, and hereby is, employed under general retainer as bankruptcy counsel for the Corporations in the chapter 11 case; and it is

FURTHER RESOLVED, that the Authorized Officers be, and hereby are, authorized and empowered, in the name and on behalf of the Corporations, to retain such other professionals as they deem appropriate during the course of the chapter 11 case, including without limitation Epiq Systems, Inc. as claims and noticing agent, Carl Marks Advisory Group LLC as financial and turnaround advisor and Lazard Middle Market LLC as investment banker; and it is

FURTHER RESOLVED, that as of the date hereof, Douglas A. Booth shall hereinafter be regarded and treated in all respects as Chief Restructuring Officer of the Corporations; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer in connection with the Sale or to seek relief on behalf of the Corporations under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Corporations, as applicable; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Corporations, to take or cause to be taken, from time to time, any and all such further action and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates and undertakings, including but not limited to amendments to the documents contemplated hereby following the effectiveness thereof, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable, to effectuate the purpose and intent of the foregoing resolutions; and it is

FURTHER RESOLVED, that the Corporations as debtors and debtors-in-possession under Chapter 11 of the Bankruptcy Code be, and each of them hereby is, authorized to borrow funds from a lender or lenders as any Authorized Officer of the Corporations deems appropriate (a "DIP Facility"), and/or obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Authorized Officers as reasonably necessary for the continuing conduct of the affairs of the Corporations and grant security interests in and liens upon any, all or substantially all of the

Corporations' assets as may be deemed necessary by any one or more of the Authorized Officers in connection with such borrowings or the use of such cash collateral; and it is

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver, and perform for and on behalf of the Corporations, as debtors and debtors-in-possession, any documents, agreements, instruments, financing statements, undertakings and certificates necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, including, but not limited to, any notes evidencing the obligations of the Corporations under any DIP Facility, any mortgages, pledge or hypothecation agreements or any other security agreements evidencing the liens and security interests granted to the lenders under any DIP Facility, and any modifications or supplements thereto, all such materials to be in the form approved by the Authorized Officer, the execution and delivery thereof to be conclusive evidence of such approval, containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Authorized Officer or Authorized Officers so acting; and it is

FURTHER RESOLVED, that these resolutions shall be filed with the corporate records of each of the Corporations.

The foregoing ACTION BY JOINT WRITTEN CONSENT OF STOCKHOLDER AND DIRECTORS shall be effective as of the date set forth above, upon the signing of a copy hereof by the Stockholder and each Director, and it shall be effective whether all signatures appear on the same or on separate copies hereof.

WITNESS our hands as of the date first written above.

STOCKHOLDER:

DIRECTORS:

ASSOCIATED WHOLESALERS, INC.

_____
Bradley I. Dietz

By: _____
Matthew R. Saunders, President & CEO

_____
James B. Shein

_____
Michael Rothwell

The foregoing ACTION BY JOINT WRITTEN CONSENT OF STOCKHOLDER AND DIRECTORS shall be effective as of the date set forth above, upon the signing of a copy hereof by the Stockholder and each Director, and it shall be effective whether all signatures appear on the same or on separate copies hereof.

WITNESS our hands as of the date first written above.

STOCKHOLDER:                          DIRECTORS:


ASSOCIATED WHOLESALERS, INC.          _____
                                      Bradley I. Dietz


By:_____          _____
   Matthew R. Saunders, President & CEO    James B. Shein


                                      _____
                                      Michael Rothwell

The foregoing ACTION BY JOINT WRITTEN CONSENT OF STOCKHOLDER AND DIRECTORS shall be effective as of the date set forth above, upon the signing of a copy hereof by the Stockholder and each Director, and it shall be effective whether all signatures appear on the same or on separate copies hereof.

WITNESS our hands as of the date first written above.

STOCKHOLDER:                                DIRECTORS:

ASSOCIATED WHOLESALERS, INC.

_____
Bradley I. Dietz

By:_____  —         *James B. Shein*
_____
Matthew R. Saunders, President & CEO        James B. Shein

_____
Michael Rothwell

The foregoing ACTION BY JOINT WRITTEN CONSENT OF STOCKHOLDER AND DIRECTORS shall be effective as of the date set forth above, upon the signing of a copy hereof by the Stockholder and each Director, and it shall be effective whether all signatures appear on the same or on separate copies hereof.

WITNESS our hands as of the date first written above.

STOCKHOLDER:                                    DIRECTORS:


ASSOCIATED WHOLESALERS, INC.         _____
                                                Bradley I. Dietz


By:_____              _____
   Matthew R. Saunders, President & CEO        James B. Shein

                                        _____
                                        Michael Rothwell