# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AWI Delaware, Inc.,[1] ) | Case No. 14-12092 (KJC) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| Associated Wholesalers, Inc., ) | Case No. 14-12093 (KJC) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| Nell's Inc., ) | Case No. 14-12094 (KJC) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| Co-Op Agency Inc., ) | Case No. 14-12095 (KJC) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| Associated Logistics, Inc., ) | Case No. 14-12096 (KJC) |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| White Rose Inc., ) | Case No. 14-12097 (KJC) |
| ) | |
| Debtor. ) | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: AWI Delaware, Inc. (3683); Associated Wholesalers, Inc. (7857); Nell's, Inc. (1195); Co-Op Agency Inc. (4081); Associated Logistics, Inc. (1506); White Rose Inc. (1833); Rose Trucking Corp. (2630); WR Service Corp. (5698); WR Service II Corp. (9444); WR Service V Corp. (4224); and White Rose Puerto Rico, LLC (4914). The Debtors' address is Associated Wholesalers, Inc. c/o Douglas A. Booth, Route 422, P.O. Box 67, Robesonia, PA 19551.

1635858.1 09/10/2014

| | |
|---|---|
| In re: | Chapter 11 |
| Rose Trucking Corp., | Case No. 14-12098 (KJC) |
| Debtor. | |
| In re: | Chapter 11 |
| WR Service Corp., | Case No. 14-12099 (KJC) |
| Debtor. | |
| In re: | Chapter 11 |
| WR Service II Corp., | Case No. 14-12100 (KJC) |
| Debtor. | |
| In re: | Chapter 11 |
| WR Service V Corp., | Case No. 14-12101 (KJC) |
| Debtor. | |
| In re: | Chapter 11 |
| White Rose Puerto Rico, LLC, | Case No. 14-12102 (KJC) |
| Debtor. | Joint Administration Requested<br>**Re:  Docket No. 3** |

### ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' RELATED CHAPTER 11 CASES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B) AND LOCAL RULE 1015-1

Upon the motion (the "Motion")² of the above captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order directing the joint administration of the Chapter 11 Cases; it appearing that the relief requested herein is in the best interests of the

---

² Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

2

Debtors' estates, their creditors, and other parties in interest; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of this Motion and opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Debtors' respective captioned and numbered cases are consolidated, for procedural purposes only, and shall be jointly administered by the Court under Case No. 14-12092 (  ) in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware; and it is further

ORDERED that the caption of the jointly administered cases is to read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AWI Delaware, Inc., *et al.*,[1] ) | Case No. 14-12092 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: AWI Delaware, Inc. (3683); Associated Wholesalers, Inc. (7857); Nell's, Inc. (1195); Co-Op Agency Inc. (4081); Associated Logistics, Inc. (1506); White Rose Inc. (1833); Rose Trucking Corp. (2630); W.R. Service Corp. (5698); W.R. Service II Corp. (9444); W.R. Service V Corporation (4224); and White Rose Puerto Rico, LLC (4914). The Debtors' address is Associated Wholesalers, Inc. c/o Douglas A. Booth, Route 422, P.O. Box 67, Robesonia, PA 19551.

and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of AWI Delaware, Inc., Case No. 14-12092(KJC); Associated Wholesalers, Inc., Case No. 14-12093(KJC); Nell's Inc., Case No. 14-12094 (KJC); Co-Op Agency Inc., Case No. 14-12095 (KJC); Associated Logistics, Inc., Case No. 14-12096 (KJC); White Rose Inc., Case No. 14-12097 (KJC); Rose Trucking Corp., Case No. 14-12098 (KJC); W.R. Service Corp., Case No. 14-12099 (KJC); W.R. Service II Corp., Case No. 14-12100 (KJC); W.R. Service V Corporation, Case No. 14-12101 (KJC); White Rose Puerto Rico, LLC, Case No. 14-12102 (KJC)
>
> The docket in AWI Delaware, Inc., Case No. 14-12092 (KJC) should be consulted for all matters affecting the above listed cases.

and it is further

ORDERED that a creditor filing a proof of claim against any of the Debtors shall file said proof of claim in the particular bankruptcy case of the Debtor against whom such claim is asserted and not in the jointly administered case; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
_____Sept 10_____, 2014

_____
United States Bankruptcy Judge

1635858.1 09/10/2014