IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

ASSOCIATED WHOLESALERS, INC.,

Debtor.

Chapter 11
Case No.: 14-12092

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

Kraft Foods Global, Inc. dba Kraft Foods Group, Inc. ("Kraft"), a creditor and party-in-interest of Associated Wholesalers, Inc. and White Rose, Inc., hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Kraft Foods Global, Inc.
c/o Judy D. Thompson, Esq.
JD Thompson Law
P.O. Box 33127
Charlotte, North Carolina 28233
jdt@jdthompsonlaw.com

Kraft respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, Kraft requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

This Notice of Appearance does not give express or implied consent by the undersigned to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted, this 12th day of September, 2014.

By:   /s/ Judy D. Thompson
Judy D. Thompson
NC State Bar No. 15617
JD Thompson Law
P.O. Box 33127
Charlotte, North Carolina 28233
(828)749-1865
jdt@jdthompsonlaw.com

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the parties listed below, via ECF Noticing, on this the 12th day of September, 2014.

| | |
|---|---|
| US Trustee | Via ECF |
| Mark Minuti, Debtor's Counsel | Via ECF |

      /s/ Judy D. Thompson
Judy D. Thompson