IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AWI Delaware, Inc., ) | Case No. 14-12092-KJC |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## REQUEST OF MCKESSON CORPORATION FOR SERVICE OF NOTICE PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Chapter 11 of the United States Bankruptcy Code, the undersigned, as counsel for McKesson Corporation ("McKesson") hereby appears in the above-captioned case, pursuant to Rules 2002, 3017, 4001, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure.

McKesson requests that all parties in interest and all counsel of record provide the following person with copies of all notices, pleadings, and other filings in the above-captioned case. All counsel of record are requested to direct all written or telephonic correspondence as follows:

> Jeffrey K. Garfinkle, Esq.
> Buchalter Nemer
> A Professional Corporation
> 18400 Von Karman Avenue, Suite 800
> Irvine, CA  92612
> jgarfinkle@buchalter.com
> Telephone:  (949) 760-1121

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any

BN 17004711v1

application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

McKesson additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel on any mailing matrix to be prepared or existing in the above-captioned case.

Neither this Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of McKesson to its:

1. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

2. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution;

3. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which these parties are entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED:  September 9, 2014              Respectfully submitted,

                                       /s/ Jeffrey K. Garfinkle
                                JEFFREY K. GARFINKLE
                                BUCHALTER NEMER
                                A Professional Corporation
                                18400 Von Karman Avenue, Suite 800
                                Irvine, CA 92612
                                Tel: (949) 760-1121
                                Counsel for McKesson Corporation